UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KATHLEEN CRAPANZANO, individually
and on behalf of all others similarly situated,

                       Plaintiff,                    Case No.: 11-cv-3196 (DLI) (JO)

       - against -

                                                 **STIPULATION OF DISMISSAL**

FIRSTSOURCE ADVANTAGE, LLC and
DOES 1 through 10, inclusive,

                       Defendant.
-----------------------------------------------------------X

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to dismissal of all of the Plaintiff's and the putative class members' claims in the above-captioned matter with prejudice as to Plaintiff and without prejudice as to the putative class. A proposed order of dismissal is attached hereto as **Exhibit A** which provides that Plaintiff has until October 10, 2011 to re-open the case if receipt and clearance of settlement funds does not occur prior to that date.

Dated: New York, New York
        September 26, 2011

                                              Respectfully submitted,
                                              **MARSHALL, DENNEHEY, WARNER,**
                                              **COLEMAN & GOGGIN**

                          By:    */s/ Jeffrey J. Imeri*
                                  Jeffrey J. Imeri (JI 3938)
                                  140 Broadway, 19th Floor
                                  New York, New York 10005
                                  (212) 878-1700
                                  Attorneys for Defendant
                                  Firstsource Advantage, LLC

2

*/s/ Amir J. Goldstein*
Amir J. Goldstein (AG 2888)
166 Mercer Street, Suite 3A
New York, New York 10012
(212) 966-5253
Attorney for Plaintiff and the Putative Class